■ In the Matter of WILLIAM A. DOUGHERTY, an Attorney.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.